**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF, | No. C 13-80135 WHA |
| Rick L. Raynsford — #105157 | **ORDER LIFTING INTERIM SUSPENSION** |

　An order to show cause suspended Rick L. Raynsford's membership in the bar of this Court on an interim basis due to a suspension by the Supreme Court of California. Attorney Raynsford timely responded with documentation establishing that he has been restored to active membership in the State Bar of California. The interim suspension is accordingly **LIFTED**.

**IT IS SO ORDERED.**

Dated: September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE